**Bruce A. ROSENTHAL, Appellant,**

v.

**John Allan MAGEE, Appellee.**

No. 04–1183.

United States Court of Appeals, Federal Circuit.

Jan. 21, 2004.

*ORDER*

Upon consideration of appellee JOHN ALLAN MAGEE'S election to have all

further proceedings conducted under 35 U.S.C. § 146,

IT IS ORDERED THAT:

This appeal is dismissed pursuant to 35 U.S.C. § 141.